# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DINELL STEWART

NO. 2021 KW 1319

**FEBRUARY 14, 2022**

---

In Re:     Dinell Stewart, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. unknown.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** Habeas corpus proceedings shall be instituted in the parish in which the person is in custody. See La. Code Crim. P. art. 352. However, if relator is making a complaint with regard to the computation of his sentence, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences. Any complaint pertaining to the time computations must be made under the Corrections Administrative Remedy Procedure(CARP) as provided in La. R.S. 15:1171-79. In the event of an adverse ruling, an offender may within thirty days after receipt of the decision, seek judicial review of the decision only in the Nineteenth Judicial District Court, or if the offender is in physical custody of the sheriff, in the district court having jurisdiction in the parish in which the sheriff is located, in the manner hereinafter prescribed in La. R.S. 15:1177.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT